UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF SUPPLEMENTAL INCOME 401(k) PLAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN LOMPA,<br><br>　　　　　　Defendant. | No.  2:16-cv-00044-KJM-EFB<br><br>ORDER |

　　　　　This action was filed on January 7, 2016.  ECF No. 1.  Defendant John Lompa did not appear, and the clerk entered his default on March 31, 2016.  ECF No. 11.  A status (pretrial scheduling) conference is currently set for May 12, 2016.  ECF No. 3.  In light of the entry of default, the conference is continued to August 18, 2016 at 2:30 p.m.  Plaintiff shall file a motion for default judgment within thirty days.  *See* Local rule 302(c)(19).

　　　　　IT IS SO ORDERED.

 DATED:  May 2, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1