UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF SUPPLEMENTAL INCOME 401(k) PLAN,<br><br>        Plaintiff,<br><br>   v.<br><br>JOHN LOMPA,<br><br>        Defendant. | No. 2:16-cv-00044-KJM-EFB<br><br>ORDER |

Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate Judge." *See* 28 U.S.C. §636; ECF Nos. 6 & 12. According to E.D. Cal. R. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Edmund F. Brennan. The parties shall please take note that all documents hereafter

1 filed with the Clerk of the Court shall bear case No. 2:16-cv-00044-EFB. All currently scheduled
2 dates presently set before Judge Mueller are hereby VACATED.

3      IT IS SO ORDERED.

4 DATED: May 5, 2016.

                UNITED STATES DISTRICT JUDGE

8      Having also reviewed the file, I accept reference of this case for all further
9 proceedings and entry of final judgment.

10 DATED: May 5, 2016

           EDMUND F. BRENNAN
           UNITED STATES MAGISTRATE JUDGE

2