CATHERINE E. AROSTEGUI, SBN 118756
BEESON, TAYER & BODINE, APC
520 Capitol Mall, Suite 300
Sacramento, CA  95814-4714
Telephone:     (916) 325-2100
Facsimile:     (916) 325-2120
Email:            carostegui@beesontayer.com

Attorneys for Plaintiff Trustees on Behalf of Supplemental Income 401(k) Plan

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# AT SACRAMENTO

| | |
|---|---|
| TRUSTEES ON BEHALF OF SUPPLEMENTAL INCOME 401(k) PLAN,<br><br>Plaintiff,<br><br>v.<br><br>JOHN LOMPA, dba TRADE LITHOGRAPHY,<br><br>Defendant. | Case No. 2:16-CV-00044-EFB<br><br>*AMENDED* STIPULATION FOR ENTRY OF JUDGMENT AND ORDER |

WHEREAS Plaintiff Trustees on Behalf of Supplemental Income 401(k) Plan (Plaintiff) and Defendant John Lompa, dba Trade Lithography (Defendant) (hereafter "the parties") acknowledge that Defendant has paid the delinquent contributions owed to Plaintiff for the periods ending October 31, 2014 through February 29, 2016 and currently owes contributions for the periods ending March 31, 2016 through May 31, 2016, as well as liquidated damages, interest, costs and attorney fees:

THE PARTIES STIPULATE AND AGREE that the Court may render judgment in favor of Plaintiff and against Defendant in the sum of $9,617.26 as follows:

1. Liquidated damages in the amount of $705.60 for late payment of contributions owed by Defendant for the periods ending October 31, 2014 through February 29, 2016;

2. Interest in the amount of $343.46;

3. Costs in the amount of $508.20; and

4. Attorneys' fees in the amount of $8,060.00.

IT IS FURTHER STIPULATED and agreed by the parties that although the full judgment amount is due and payable to Plaintiff as of the date of entry of judgment with the Court, Plaintiff will accept payment in six (6) monthly installment payments and will not execute on the judgment so long as Defendant fully complies with the following conditions:

1.  Defendant may pay this judgment in full by making six (6) installment payments totaling $9,617.26.  The first payment shall be in the amount of $1,602.91 and each of the next five (5) payments shall be in the amount of $1,602.87 and payable on the 5th day of the month beginning on July 5, 2016 as follows:

|    | DUE DATE | AMOUNT DUE |
|----|----------|------------|
| 1. | July 5, 2016 | $1,602.91 |
| 2. | August 5, 2016 | $1,602.87 |
| 3. | September 5, 2016 | $1,602.87 |
| 4. | October 5, 2016 | $1,602.87 |
| 5. | November 5, 2016 | $1,602.87 |
| 6. | December 5, 2016 | $1,602.87 |

2. Each of said payments shall be made by cashiers' check payable to Supplemental Income 401(k) Plan and sent to Beeson, Tayer & Bodine, APC, 520 Capitol Mall, Suite 300, Sacramento, CA 95814, Attention: Catherine Arostegui.

3. All payments shall be timely if they are received by Beeson, Tayer & Bodine no later than the due dates set forth above.  Any payment received after the due date shall incur a ten percent (10%) late fee on that installment payment.  Default shall occur if any payment is more than ten (10) days late.

4. Defendant agrees to make payment of all delinquent contributions owed for the periods ending March 31, 2016, April 30, 2016 and May 31, 2016, no later than June 30, 2016, and then remain current with all monthly contributions owed to Plaintiff, commencing with the period ending June 30, 2016, in accordance with normal Trust Fund rules and deadlines.

///

///

IT IS FURTHER STIPULATED and agreed by the parties that if, for any reason, any payment under the terms of this Stipulation is not made within ten (10) days of its due date, Plaintiff shall, at its option, execute on the entire $9,617.26 Judgment, less any payments already made by Defendant to Plaintiff.

Dated: June ____, 2016        BEESON, TAYER & BODINE, APC

By: _signature on original_
CATHERINE E. AROSTEGUI
Attorneys for Trustees on Behalf of Supplemental Income 401(k) Plan

Dated: June ____, 2016

By: _signature on original_
JOHN LOMPA, dba TRADE LITHOGRAPHY

**IT IS SO ORDERED.**

DATED: July 13, 2016.        _/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE